| | |
|---|---|
| **United States Bankruptcy Court**<br>**Central District of California** | |
| In re:<br>Clayton Scott Holloway | CHAPTER NO.:  13 |
| | CASE NO.: 2:25−bk−14865−WB |

## ORDER TO COMPLY WITH BANKRUPTCY RULE 1007 and 3015(b) AND NOTICE OF INTENT TO DISMISS CASE

**To Debtor and Debtor's Attorney of Record,**

YOU FAILED TO FILE THE FOLLOWING DOCUMENTS:
 **Schd A/B(Form106A/B or 206A/B)**
 **Schedule C (Form 106C)**
 **Schedule D (Form 106D or 206D)**
 **Schd E/F(Form106E/F or 206E/F)**
 **Schedule G (Form 106G or 206G)**
 **Summary(Form 106Sum or 206Sum)**
 **Schedule H (Form 106H or 206H)**
 **Ch 13 Income (Form 122C−1)**
 **Schedule I (Form 106I)**
 **Schedule J (Form 106J)**
 **Decl Re Sched (Form 106Dec)**
 **StmtFinAffairs(Form107 or 207)**
 **Chapter 13 Plan (LBR F3015−1)**

For Chapter 13 Cases filed on or after 04/15/2019, the new version of the chapter 13 plan is required. The court will treat your case as not having filed a plan and **WILL DISMISS YOUR CASE unless the correct version of the mandatory form plan is filed by the applicable deadline.**

**The Revised Official Bankruptcy Forms are mandatory and are available at www.cacb.uscourts.gov/forms**

According to Bankruptcy Rules 1007(c) and 3015(b), within 14 days after you filed the petition, **YOU MUST EITHER:**

(1)   File the required documents. If the document is filed electronically, no hard copy needs to be submitted to the court. (See Local Bankruptcy Rule 5005−2(d) and Court Manual, Appendix "F" as to whether a copy must be served on the judge.)

**OR**

(2)   File and serve a motion for an order extending the time to file the required document(s). If you make such a motion and it is denied after the 14 days have expired, your case will be dismissed.

**IF YOU DO NOT COMPLY** in a timely manner with either of the above alternatives, the court **WILL DISMISS YOUR CASE WITHOUT FURTHER NOTICE.**

Dated: June 9, 2025

For the Court
**Kathleen J. Campbell**
Clerk of Court

(Form deforco − Rev 04/2019)

**1 /**